UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Cr. File No. 08-58 (PAM/AJB) |
| Plaintiff, | |
| v. | **AMENDED ORDER** |
| Nicole Brown, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Extension of Time to Surrender. At sentencing, the Court ordered Defendant to surrender to the United States Marshal on Monday, August 18, 2008. Defendant asks the Court to extend her surrender date to Monday, September 22, 2008. She contends that because she will be incarcerated out of state, she needs time to make travel arrangements. However, the Marshal will transport Defendant to her assigned facility. Thus, there is no need for Defendant to make any travel arrangements.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to Surrender (Docket No. 30) is **DENIED**.

Dated: Wednesday, August 13, 2008

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge