UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Cr. File No. 08-58 (PAM/AJB)

      Plaintiff,

v.                                               **ORDER**

Nicole Brown,

      Defendant.

---

This matter is before the Court on Defendant's Motion for Furlough.  As the Government points out, only the Bureau of Prisons is authorized to grant Defendant the furlough she seeks.  18 U.S.C. § 3622.  Defendant must seek a furlough through the Bureau of Prisons.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Furlough (Docket No. 37) is **DENIED without prejudice.**


Dated:  October 20, 2008

                                              *s/Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge